IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


ERNEST THURMAN,

     Plaintiff,

                                       2:17-CV-01088 JB/SMV

v.

PATTERSON-UTI DRILLING COMPANY, LLC

     Defendant.

---

# ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT

---

The Motion of Plaintiff ERNEST THURMAN, for a Motion For Leave to Amend Complaint against Defendant PATTERSON-UTI DRILLING COMPANY, LLC has been filed. The Court, having read and considered said motion, is of the opinion that such Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion For Leave to Amend Complaint against Defendant PATTERSON-UTI DRILLING COMPANY, LLC be granted and that Plaintiff be allowed to file an Amended Complaint.

IT IS SO ORDERED.


Signed and dated this _7th_ day of _March_, 2018.


_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

SUBMITTED BY:

LIGGETT LAW GROUP, P.C.

*/s/ Dustin R. Burrows*
DUSTIN R. BURROWS
*Attorney for Ernest Thurman*
1001 Main Street, Suite 300
Lubbock, Texas 79401
806-744-4878
dustin@liggettlawgroup.com

GUEBERT BRUCKNER GENTILE, P.C.

*Approved by Jonathan A. Garcia via Email on March 7, 2018*
Terry R. Guebert
Robert F. Gentile
Jonathan A. Garcia
P. O. Box 93880
Albuquerque, NM 87199
(505) 823-2300
tguebert@guebertlaw.com
rgentile@guebertlaw.com
jagarcia@guebertlaw.com